

U.S. Department of Homeland Security
United States Coast Guard

Commander
U.S. Coast Guard
Sector New Orleans

200 Hendee Street
New Orleans, LA 70114-1402
Staff Symbol: (s)
Phone: (504) 365-2215
Fax: (504) 365-2216

16450
February 27, 2020

Bouchard Transportation, Inc
Through Counsel: Mr. John J. Walsh
80 Pine Street
New York, NY 1005
Walsh@Freehill.com

Dear Mr. Walsh:

The purpose of this letter is to document my denial of your requests that I reconsider my Administrative Orders and decision to assume federal responsibility for response activities related to two Bouchard vessels and barges anchored in the Mississippi River near New Orleans, Louisiana.

On Friday, February 14, 2020, I issued two Administrative Orders: Order 20-001 (M/V DONNA J. BOUCHARD and Barge B. No. 272) and Order 20-002 (M/V BOUCHARD GIRLS and Barge B. No. 295). In these orders, I required the Owner of the vessels and barges (the "Owners") to propose a course of action to eliminate the threat of pollution posed by the vessels and barges. I issued these Orders based on my determination that the vessels and barges posed a substantial threat to the environment due to insufficient manning, the potential for further crew departures due to lack of pay, a malfunctioning emergency electrical system on the DONNA J. BOUCHARD, and the hazards inherent in anchoring in the Mississippi River. After we did not receive responses to the Administrative Orders in the required timeframe, I issued a Notice of Federal Assumption on February 14th.

I had also previously issued Captain of the Port Orders to the Owners on February 6th and 10th requiring certain actions to eliminate the risk these vessels and barges posed to the safety and security of the Port of New Orleans; Bouchard did not comply with these Captain of the Port Orders before I issued the Administrative Orders and Notice of Federal Assumption on February 14th.

On February 15, 2020, the Owners, through counsel, submitted an email asking that I reconsider my decision and terminate the federal response. The Owners, again through counsel, submitted additional information in support of their request on February 20th and 21st. After reviewing this information, I determined that the Owners had not provided sufficient information to ensure that the vessels and barges would be adequately manned, and that the substantial threat to the environment would be adequately mitigated throughout an expected extended period at anchorage in the Mississippi River. Therefore I have decided to continue federal response efforts.

On February 25th, Bouchard Transportation Co., Inc, emailed the Coast Guard Assistant Commandant for Prevention Policy appealing my decision with regard to the DONNA J. BOUCHARD and B. No. 272. Because I made these decisions under my authority as the Federal On-Scene Coordinator, formal appeal of those decisions must be directed in writing to the District Courts of the United States. Alternatively, the Owners may continue to submit additional information to me to show they are able to adequately mitigate the substantial threat of pollution for the duration of the time these vessels remain in the Captain of the Port New Orleans zone.

Also, in your February 25th email and in other correspondence, you made inaccurate statements that require correction. First, no Coast Guard member has issued any order to any Bouchard crewmember limiting or prohibiting their ability to communicate with Bouchard's corporate office or any other individual. Second, the Coast Guard has taken no action to discharge any Bouchard crewmember; all Bouchard crew are able to remain onboard the vessel during federal response activities, unless there is a specific safety concern, or unless they attempt to interfere with the response activities. Finally, at no time has the Coast Guard intended to remove all fuel and lube oil from the vessels and barges. Rather, the Coast Guard is conducting a pollution assessment to determine how much residual cargo and other petroleum products may be safely removed without negatively affecting the vessels and barges' ability to operate. When the removal plans are finalized, my staff will provide those details to the Owners.

Sincerely,

K. M. Luttrell

K. M. LUTTRELL, CAPTAIN
Captain of the Port New Orleans
U. S. Coast Guard

**Exhibit A**

U.S. Department of
Homeland Security
United States
Coast Guard

Commander
United States Coast Guard
Sector New Orleans

200 Hendee Street
New Orleans, LA 70114
Phone: (504) 365-2215

16465

FEB 14 2020

Owner M/V DONNA J. BOUCHARD ON: 1257374
and, B. NO. 272 ON: 1257375
Bouchard Transportation
58 South Service Rd, Suite 150
Melville, NY 11747

**NOTICE OF FEDERAL ASSUMPTION**

To: Owner, DONNA J. BOUCHARD:

A Notice of Federal Interest (NOFI) was provided to you or your representative on February 13th, 2020. The NOFI informed you of the United States Government's interest in a Marine Environmental threat at MM 83 LMR from M/V DONNA J. BOUCHARD ON: 1257374 and, B. NO. 272 ON: 1257375 for which you may be considered to be financially responsible.

Further, you have failed to comply with Administrative Order 20-002, directing you to contact my office with a course of action to eliminate the pollution threat in a timely manner. Therefore, I have determined that your actions to remove this oil or abate the threat are unsatisfactory. Effective 1330 Hrs, February 14th 2020, the United States Government assumed response activities under the authority of Section 311 (c)(1) of the Federal Water Pollution Control Act, as amended. As the owner of these vessels, you remain the Responsible Party. Although the Federal On-Scene Coordinator will begin directing the response activities, you are still required to follow any Administrative Orders that remain in effect. Also, federal assumption of response activities does not relieve you of your financial responsibilities and you are liable for the cost of any response actions undertaken by the United States Government, in accordance with 33 U.S.C. §2702(a).

Should you have any questions concerning this matter, please contact CDR Roberto Trevino at (504) 365-2493 or by email at Roberto.N.Trevino@uscg.mil.

Sincerely,

Kristi M. Luttrell
Captain, U.S. Coast Guard
Federal On-Scene Coordinator

Provided to:

Print Name, Title of Representative authorized to accept Service, Signature, Date, Time

Witness:

Print Name/Title Signature, Date, Time

**Exhibit B**

**Timothy DePaula**

**From:** Timothy DePaula
**Sent:** Thursday, April 2, 2020 3:35 PM
**To:** Timothy DePaula
**Subject:** RE: Bouchard Transportation

From: "Luttrell, Kristi M CAPT" <Kristi.M.Luttrell@uscg.mil>
Date: March 27, 2020 at 6:47:15 PM EDT
To: "WALSH, JACK" <WALSH@FREEHILL.COM>
Cc: "Yemma, Damian CDR" <Damian.Yemma@uscg.mil>, Morton Bouchard III <MSBIII@bouchardtransport.com>
Subject: RE: Bouchard Transportation

Good afternoon Mr. Walsh,

Since BTC has produced a valid COFR, provided a voyage plan and has submitted a plan to adequately man the DONNA BOUCHARD with the appropriate crew in accordance with my letter of March 16, 2020, I acknowledge your attempts to take actions as the Responsible Party. In turn, I am willing to cooperatively work with you to bring your vessel in compliance. I want to underscore that the Administrative Order remains in effect and requires BTC to continue to mitigate the substantial threat of pollution. We will await your request for an in-service exam as mentioned in my letter; you will need to contact the Captain of the Port Houma to schedule this in-service exam prior to getting underway again. Your point of contact for that is Commander Matt Spolarich at 985-850-6437 or the unit's Officer of the Day at 985-665-2437.

Once the DONNA BOUCHARD is manned in accordance with her COI & passes an in-service exam she will be allowed to get underway.
Best regards,

Kristi M. Luttrell, CAPT, USCG
Sector Commander
200 Hendee Street
New Orleans, LA 70114-1402
504-365-2215

From: WALSH, JACK <WALSH@FREEHILL.COM>
Sent: Friday, March 27, 2020 2:38 PM
To: Luttrell, Kristi M CAPT <Kristi.M.Luttrell@uscg.mil>
Cc: Yemma, Damian CDR <Damian.Yemma@uscg.mil>; 'Morton Bouchard III' <MSBIII@bouchardtransport.com>
Subject: [Non-DoD Source] Bouchard Transportation

Good afternoon Captain Luttrell:

I have received copies of e mails you have sent to Admiral Bone and Morton S. Bouchard III. In those e mails, you mention deficiencies, Captain of the Port Orders and Administrative Orders that have not been cleared.

Exhibit C

  Could you please identify the Captain of the Port Orders, Administrative Orders and deficiencies to which you refer. Bouchard is anxious to get the unit released, as Bouchard sees no reason to continue with the federal response, the survey of the tanks and the crew list matrix clearly confirm that the unit is in no way a threat to the environment.

Bouchard has settled with Bisso and is moving to vacate the civil arrest in federal court in New Orleans.

If there are additional issues which you believe Bouchard has not addressed, please advise soonest, as Bouchard wants to address these issues without delay.

Respectfully,

Jack Walsh

JOHN J. WALSH | PARTNER
FREEHILL HOGAN & MAHAR LLP
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-381-3005 | Fax: 212-425-1901
Cell: 917-913-0643 | E-mail: walsh@freehill.com<mailto:walsh@freehill.com>

---

--------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

---

Exhibit C

UKP&I

**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

# ENDORSEMENT

**Attaching to and forming part of Certificate**
481023

**Date of Issue**
27th February 2020

**Member(s)**

Bouchard Transportation Co., Inc. as Operators
Tug Donna J. Bouchard Corp. as Owners

| Ship | Gross Tonnage | IMO |
|---|---|---|
| **DONNA J. BOUCHARD** | 299 | 9753181 |

Period Noon GMT 20th February 2020 to Noon GMT 20th February 2021

**It is hereby noted that with effect from 26th February 2020**

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.

**Exhibit D**


**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

**This insurance is subject to the Rules of the Association and the terms and conditions specified or referred to below.**

---

### Oil Pollution Limit

The Association's aggregate liability for any and all claims in respect of oil pollution is limited, in accordance with Rule 5B(ii), to US$1,000 million any one event.
(CL 8137)

### Wreck Removal Cover

Cover is provided for costs or expenses relating to the removal of wreck in accordance with Rule 2, Section 15.
(CL 9243)

### Passenger/Seamen Limit

The Association's aggregate liability for any and all claims is limited, in accordance with Rule 5B(iii), to US$2,000 million any one event in respect of liability to Passengers and to US$3,000 million any one event in respect of liability to Passengers and Seamen.
(CL 8527)

### War Risks P&I Excess Cover Clause

Entry subject to the War Risks P&I Excess Cover Clause (see Rules, Appendix I).
(CL 8226)

### ITOPF

The Member is automatically an associated member of ITOPF.
(CL 4186)

### Misdirected Arrow Clause

In the event that claims are brought against Yellowfin Marine Services LLC, Yellowfin Marine Consulting LLC, Fourchon Shorebase LLC and ES&H Environmental the cover of the Association will extend to them only insofar as they may be found liable to pay in the first instance for loss or damage which is properly the responsibility of Bouchard Transportation Co., Inc.. However, nothing herein contained shall be construed as extending cover in respect of any amount which would not have been recoverable from the Association by Bouchard Transportation Co., Inc. had the claim in respect of such loss or damage been made or enforced against Bouchard Transportation Co., Inc..

Once the Association has made indemnification under such cover it shall not be under any further liability and shall not make any further payment to any person or company whatsoever, including Bouchard Transportation Co., Inc. , in respect of that loss or damage.

Conduct of any one of the parties insured under this entry which is sufficient to bar that insured's rights shall bar the rights of recovery of all the insureds under the same entry.
(CL 465)

### Additional Exclusion

Excluding collision claims under Rule 2, Section 10(A) insofar as recoverable under Owner's hull policy.
(TR 5940)

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.

**Exhibit D**

2 of 4



**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

**This insurance is subject to the Rules of the Association and the terms and conditions specified or referred to below.**

---

**The Member's recovery from the Association shall be subject to the following deductibles:**

$US 150,000 from all cargo claims, extra handling costs and general average under Rule 2 sections 17 and 19, including all fees, costs and expenses, each single voyage
(DD 15310)

$US 25,000 from claims for fines under Rule 2, Section 22, any one event.
(DD 1440)

$US 150,000 from all other claims, including all fees, costs and expenses any one event , except for oil pollution claims arising in Alaskan and Californian waters where a nil deductible shall apply.

In consideration thereof the Member undertakes to reimburse to the Association any sums which would not have been recoverable save for this exception.
(DD 15309)

---

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.

**Exhibit D**

**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

**This insurance is subject to the Offshore Terms and Conditions of the Association and the terms and conditions specified or referred to below.**

---

**UK Offshore Cover**

**PART I. RISKS COVERED AND TERMS AND CONDITIONS OF COVER**

This entry is to cover the Owners named above for the risks set out in this Part I and subject to the limits and deductibles in Parts II and III below.
(CL 16273)

**Offshore Specialist Operations Cover - Section 2.1 - Extended P&I for Specialist Operations**
See *Offshore/Specialist Operations Additional Covers 2020* for full wording.

(TR 16279)

**Additional Exclusion**

Excluding claims recoverable under Owner's hull & machinery policies.
(TR 16280)

**PART III. DEDUCTIBLES**
(TR 16277)

**PART II. LIMITS**

Subject to Rule 3C, the Association's liability for any and all claims under Part I, including costs for defending or investigating the claims, shall in no case exceed a combined single limit of liability of $US 25,000,000 per event.
(TR 16276)

**The Member's recovery from the Association shall be subject to the following deductibles:**

Claims under Part I are subject to a deductible of $US 100,000 any one event
(DD 16288)

---

Christopher Brown
**Director**
**Thomas Miller P&I (Europe) Ltd.**

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.

**Exhibit D**



**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

# ENDORSEMENT

**Attaching to and forming part of Certificate**
481024

**Date of Issue**
27th February 2020

**Member(s)**

Bouchard Transportation Co., Inc. as Operators
B. No. 272 Corp. as Owners

| Ship | Gross Tonnage | IMO |
|---|---|---|
| **B. NO. 272** | 19,695 | N/A |

Period Noon GMT 20th February 2020 to Noon GMT 20th February 2021

**It is hereby noted that with effect from 26th February 2020**

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.

Exhibit D



**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

**This insurance is subject to the Rules of the Association and the terms and conditions specified or referred to below.**

---

**Oil Pollution Limit**

The Association's aggregate liability for any and all claims in respect of oil pollution is limited, in accordance with Rule 5B(ii), to US$1,000 million any one event.
(CL 8137)

**Wreck Removal Cover**

Cover is provided for costs or expenses relating to the removal of wreck in accordance with Rule 2, Section 15.
(CL 9243)

**Passenger/Seamen Limit**

The Association's aggregate liability for any and all claims is limited, in accordance with Rule 5B(iii), to US$2,000 million any one event in respect of liability to Passengers and to US$3,000 million any one event in respect of liability to Passengers and Seamen.
(CL 8527)

**War Risks P&I Excess Cover Clause**

Entry subject to the War Risks P&I Excess Cover Clause (see Rules, Appendix I).
(CL 8226)

**ITOPF**

The Member is automatically a member of ITOPF.
(CL 4185)

**Tanker- entered on the basis of carrying cargoes of persistent oil**

See Rules, Appendix I.
(CL 15305)

**Misdirected Arrow Clause**

In the event that claims are brought against ES&H Environmental, Yellowfin Marine Services LLC, Yellowfin Marine Consulting LLC and Fourchon Shorebase LLC the cover of the Association will extend to them only insofar as they may be found liable to pay in the first instance for loss or damage which is properly the responsibility of Bouchard Transportation Co., Inc.. However, nothing herein contained shall be construed as extending cover in respect of any amount which would not have been recoverable from the Association by Bouchard Transportation Co., Inc. had the claim in respect of such loss or damage been made or enforced against Bouchard Transportation Co., Inc..

Once the Association has made indemnification under such cover it shall not be under any further liability and shall not make any further payment to any person or company whatsoever, including Bouchard Transportation Co., Inc. , in respect of that loss or damage.

Conduct of any one of the parties insured under this entry which is sufficient to bar that insured's rights shall bar the rights of recovery of all the insureds under the same entry.
(CL 465)

**Additional Exclusion**

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.
**Exhibit D**
2 of 4



**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

**This insurance is subject to the Rules of the Association and the terms and conditions specified or referred to below.**

---

Excluding collision claims under Rule 2, Section 10(A) insofar as recoverable under Owner's hull policy.
(TR 5940)

**The Member's recovery from the Association shall be subject to the following deductibles:**

$US 150,000 from all cargo claims, extra handling costs and general average under Rule 2 sections 17 and 19, including all fees, costs and expenses, each single voyage
(DD 15310)

$US 25,000 from claims for fines under Rule 2, Section 22, any one event.
(DD 1440)

$US 150,000 from all other claims, including all fees, costs and expenses any one event , except for oil pollution claims arising in Alaskan and Californian waters where a nil deductible shall apply.

In consideration thereof the Member undertakes to reimburse to the Association any sums which would not have been recoverable save for this exception.
(DD 15309)

---

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.

**Exhibit D**

3 of 4



**The Managers**
**Thomas Miller P&I (Europe) Ltd.**
**90 Fenchurch Street**
**London**
**EC3M 4ST**

T +44 (0)20 7283 4646
F +44 (0)20 7621 9761
E underwriting.ukclub@thomasmiller.com
www.ukpandi.com

**This insurance is subject to the Offshore Terms and Conditions of the Association and the terms and conditions specified or referred to below.**

---

**UK Offshore Cover**

**PART I. RISKS COVERED AND TERMS AND CONDITIONS OF COVER**

This entry is to cover the Owners named above for the risks set out in this Part I and subject to the limits and deductibles in Parts II and III below.
(CL 16273)

**Offshore Specialist Operations Cover - Section 2.1 - Extended P&I for Specialist Operations**
See *Offshore/Specialist Operations Additional Covers 2020* for full wording.
(TR 16279)

**Additional Exclusion**

Excluding claims recoverable under Owner's hull & machinery policies.
(TR 16280)

**PART III. DEDUCTIBLES**
(TR 16277)

**PART II. LIMITS**

Subject to Rule 3C, the Association's liability for any and all claims under Part I, including costs for defending or investigating the claims, shall in no case exceed a combined single limit of liability of $US 25,000,000 per event.
(TR 16276)

**The Member's recovery from the Association shall be subject to the following deductibles:**

Claims under Part I are subject to a deductible of $US 100,000 any one event
(DD 16288)

---

Christopher Brown
**Director**
**Thomas Miller P&I (Europe) Ltd.**

The United Kingdom Mutual Steam Ship Assurance Association (Europe) Limited. Registered in England No 22215. Registered Office as above.
Thomas Miller P&I (Europe) Ltd. Registered in England No. 02920387. Registered Office as above.

**Exhibit D**

4 of 4