# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOUCHARD TRANSPORTATION CO., | ) | |
| INC., TUG DONNA J. BOUCHARD CORP. | ) | CIVIL ACTION 20-1116 |
| AND B. NO. 272 CORP., | ) | |
| | ) | SECTION "E" (1) |
| Plaintiffs, | ) | |
| | ) | JUDGE MORGAN |
| v. | ) | |
| | ) | MAGISTRATE VAN MEERVELD |
| Defendants, | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, ADMIRAL JOHN P. NADEAU, | ) | |
| CAPTAIN KRISTI M. LUTTRELL, ES&H | ) | |
| OF DALLAS, L.L.C., YELLOW FIN | ) | |
| MARINE SERVICES LLC, YELLOW FIN | ) | |
| MARINE CONSULTANTS, L.L.C. and | ) | |
| FOURCHON SHOREBASE, L.L.C. | ) | |
| _____ | ) | |

## FEDERAL DEFENDANTS' EX PARTE MOTION TO REOPEN
## THIS CASE TO CONSIDER A MOTION FOR SUMMARY JUDGMENT

On May 26, 2020, the Court directed that this case be administratively closed and that any party seeking to reopen it file a written motion.  Order, R. Doc. 11.  Federal Defendants—the United States Department of Homeland Security; Admiral John Nadeau, U.S. Coast Guard; and Captain Kristi Luttrell, U.S. Coast Guard—respectfully advise that the facts have changed and that this case is moot as a result.  Given changed circumstances, Federal Defendants ask the Court to lift the administrative closure and reopen this case for the purpose of considering their accompanying motion for summary judgment.[1]   If granted, the motion will clear this case from the active docket.

_____

[1] On Wednesday, May 6, 2020, the undersigned phoned opposing counsel and asked whether this action might be dismissed given the vessels' return to Plaintiffs' possession and control.  The call was followed by an e-mail exchange later that day.  Opposing counsel indicated that he was "waiting on instructions regarding dismissing the Complaint and hope to hear in a few days."  E-

June 1, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General Civil Division

PETER G. STRASSER
United States Attorney

SHARON D. SMITH
Assistant United States Attorney

 */s/ Michael A. DiLauro*
MICHAEL A. DiLAURO, T.A.
JUSTIN R. JOLLEY
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044-4271
Tel: (202) 616-4047/4035
Fax: (202) 616-4159
E-Mail: michael.dilauro@usdoj.gov
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I certify that on June 1, 2020, I filed the foregoing document via the CM/ECF system,

which sent a copy to the following counsel of record:

Robert H. Murphy
Peter B. Sloss
Timothy D. DePaula
MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS
701 Poydras Street, Suite 400
New Orleans, LA 70139
*Counsel for Plaintiffs*

*/s/ Michael A. DiLauro*
MICHAEL A. DiLAURO
U.S. Dept. of Justice

mail Bouchard (Murphy)/Fed. Defs. (DiLauro), May 6, 2020.  No further response was received.